# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOWER SUSQUEHANNA RIVERKEEPER and the LOWER SUSQUEHANNA RIVERKEEPER ASSOCIATION, | : : : : : : | Civil No. 1:19-CV-01307 |
| Plaintiffs, | : : | |
| v. | : : | |
| KEYSTONE PROTEIN COMPANY, | : : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 18th day of February, 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Plaintiffs' motion for partial summary judgment is **GRANTED IN PART AND DENIED IN PART**.  (Doc. 32.)

2. Defendant's motion for summary judgment is **DENIED**.  (Doc. 35.)

3. A status conference is scheduled for **March 2, 2021, at 11:15 a.m.** to discuss scheduling of future matters in this case.  The conference will be by telephone.  Counsel for Plaintiffs shall provide a conference call number with a passcode to the court and opposing counsel no later than **February 25, 2021**.

                                                                              s/Jennifer P. Wilson
                                                                              JENNIFER P. WILSON
                                                                              United States District Court Judge
                                                                              Middle District of Pennsylvania