# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOWER SUSQUEHANNA RIVERKEEPER and the LOWER SUSQUEHANNA RIVERKEEPER ASSOCIATION, | : : : : : | Civil No. 1:19-CV-01307 |
| Plaintiffs, | : : | |
| v. | : : | |
| KEYSTONE PROTEIN COMPANY, | : : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 2nd day of July, 2021, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS:**

1. Defendant's motion for certificate of appealability (Doc. 53) is **DENIED**.

2. A status conference is scheduled for **August 4, 2021, at 10:00 a.m.** The conference will be by telephone. Counsel for Plaintiffs shall initiate the call by calling chambers at (717) 221-3970 after all parties are on the line.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
