IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOWER SUSQUEHANNA RIVERKEEPER, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KEYSTONE PROTEIN COMPANY,<br><br>　　　　Defendant. | Civil No. 1:19-CV-01307<br>(Judge Jennifer P. Wilson) |

### NOTICE OF LODGING OF CONSENT DECREE

　　Plaintiffs Lower Susquehanna Riverkeeper and Lower Susquehanna Riverkeeper Association (collectively, "Plaintiffs") and Defendant Keystone Protein Company hereby give notice of lodging of a Proposed Consent Decree in the above-captioned action. The attached Consent Decree has been signed by all Parties and will resolve claims alleged by Plaintiffs against Defendant.

　　The parties lodge this Proposed Consent Decree with the Court pursuant to Section 505(c)(3) of the Clean Water Act, 33 U.S.C. § 1365(c)(3). That section provides in relevant part: "No consent judgment shall be entered in any action in which the United States is not a party prior to 45 days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator." *Id*. Plaintiffs will promptly serve the signed agreement upon the United States and, pursuant to 40 C.F.R. § 135.5, will notify the Court of the date upon which the United States receives such service.

During the 45-day review period by the United States, no action is required from the Court. Following expiration of that review period and/or receipt of any comments from the United States, the parties anticipate filing a joint motion to have the Court enter the decree.

Respectfully submitted this 31st day of May, 2022.

<table>
<tr><td>

Public Justice
/s/ *James M. Hecker*
James M. Hecker, Esquire
1620 L Street, N.W., Suite 630
Washington, DC 20036
(202) 797-8600 ext. 225
jhecker@publicjustice.net

Steve Harvey Law LLC
Stephen G. Harvey, Esquire
1880 John F. Kennedy Blvd.
Suite 1715
Philadelphia, PA 19103
(215) 438-6600
steve@steveharveylaw.com

*Attorneys for Plaintiff*

</td><td>

Respectfully submitted,

Post & Schell, P.C.
/s/ *Paul M. Schmidt*
Paul M. Schmidt, Esquire
Aaron S. Mapes, Esquire
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 587-1000
pschmidt@postschell.com
amapes@postschell.com

Hunton Andrews Kurth LLP
Michael J. Muller
2200 Pennsylvania Avenue
Washington, DC 20037
(202) 419-2116
mmueller@huntonak.com

Brent A. Rosser
One South at The Plaza
101 S. Tryon Street, Suite 3500
Charlotte, NC 28280
(704) 378-4707
brosser@huntonak.com

*Attorneys for Defendant,*
*Keystone Protein Company*

</td></tr>
</table>

2

## **CERTIFICATE OF SERVICE**

I, Paul M. Schmidt, hereby certify that I filed a true and correct copy of the foregoing via the Court's ECF System and that the same is available for viewing and downloading from the ECF/Pacer system and thereby has been served upon all counsel of record, electronically:

> James M. Hecker, Esquire
> Public Justice
> 1620 L Street, N.W., Suite 630
> Washington, DC 20036
> jhecker@publicjustice.net
>
> Stephen G. Harvey, Esquire
> Steve Harvey Law LLC
> 1880 John F. Kennedy Blvd., Suite 1715
> Philadelphia, PA 19103
> steve@steveharveylaw.com
>
> *Attorneys for Plaintiffs*

Dated: May 31, 2022

*/s/ Paul M. Schmidt*
Paul M. Schmidt, Esquire

*Attorney for Defendant, Keystone Protein Company*