IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOWER SUSQUEHANNA RIVERKEEPER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KEYSTONE PROTEIN COMPANY, <br><br> Defendant. | Civil No. 1:19-CV-01307 <br> (Judge Jennifer P. Wilson) |

### **JOINT MOTION TO ENTER CONSENT DECREE**

The Parties hereby respectfully request that the Court approve and enter the Proposed Consent Decree lodged in this action on May 31, 2022. In support of this motion, the Parties assert the following:

1. On May 31, 2022, the Parties lodged a Proposed Consent Decree that would resolve all of Plaintiffs' claims alleged in this action. CM/ECF #88.

2. Plaintiffs served a copy of the Proposed Consent Decree on the United States pursuant to 33 U.S.C. § 1365(c)(3).

3. On June 14, 2022, Plaintiffs filed notice with the Court that the United States had confirmed service of the Proposed Consent Decree, and that the United States determined that its 45-day review period under 33 U.S.C. § 1365(c)(3) would end on July 25, 2022. CM/ECF #89.

4. On July 19, 2022, the Parties received a letter from the United States Department of Justice to the Clerk of this Court notifying the Court "that the United

States has reviewed the proposed consent judgment in this action and does not object to its entry by this Court." A copy of that letter is attached as Exhibit A to this motion.

5. As a result of the transmission and receipt of the July 19, 2022 letter described above, the Court may now decide whether to sign and enter the Proposed Consent Decree.

6. The standard to be applied in reviewing a proposed decree is whether the decree "is fair, adequate, and reasonable" and "not illegal, a product of collusion, or against the public interest." *United States v. North Carolina*, 180 F.3d 574, 581 (4th Cir. 1999).

7. The Parties submit that the Decree is the result of a fair and well-informed settlement process, is consistent with the goals of the Clean Water Act, and will serve the public interest by providing environmental benefits.

8. The Parties therefore respectfully request that the Court sign and enter the Proposed Consent Decree as a final judgment in this action.

9. Pursuant to paragraph 15 of the Decree, if the Court enters the Decree, it would retain jurisdiction of this case until the Decree terminates.

Respectfully submitted this 20th day of July, 2022.

| | |
|---|---|
| Public Justice | Post & Schell, P.C. |
| */s/ James M. Hecker* | Paul M. Schmidt, Esquire |
| James M. Hecker, Esquire | Aaron S. Mapes, Esquire |
| 1620 L Street, N.W., Suite 630 | 1600 John F. Kennedy Blvd. |
| Washington, DC 20036 | Philadelphia, PA 19103 |

| | |
|---|---|
| (202) 797-8600 ext. 225<br>jhecker@publicjustice.net<br><br>Steve Harvey Law LLC<br>Stephen G. Harvey, Esquire<br>1880 John F. Kennedy Blvd.<br>Suite 1715<br>Philadelphia, PA 19103<br>(215) 438-6600<br>steve@steveharveylaw.com<br><br>*Attorneys for Plaintiffs* | (215) 587-1000<br>pschmidt@postschell.com<br>amapes@postschell.com<br><br>Hunton Andrews Kurth LLP<br>*/s/ Michael J. Mueller*<br>Michael J. Muller<br>2200 Pennsylvania Avenue<br>Washington, DC 20037<br>(305) 810-2524<br>mmueller@huntonak.com<br><br>Brent A. Rosser<br>One South at The Plaza<br>101 S. Tryon Street, Suite 3500<br>Charlotte, NC 28280<br>(704) 378-4707<br>brosser@huntonak.com<br><br>*Attorneys for Defendant,*<br>*Keystone Protein Company* |